JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 900 -- In re Burton R. Landes Incident Aborad the USS Arthur Middleton on April 22, 1945

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/09 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-5) -- Filed by pltf. Burton R. Landes -- SUGGESTED TRANSFEREE DISTRICT: A SINGLE DISTRICT -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 6/26/91) (rh) |
| 91/07/22 | | APPEARANCE -- BURTON R. LANDES, PRO SE (rh) |
| 91/08/15 | | HEARING ORDER -- setting motion of pltf. Burton R. Landes for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/09/19 | 2 | LETTER/RESPONSE -- defts. Warren Earl Burger, Chadwick F. Alger and Caspar W. Weinberger w/enclosures and cert. of svc. (ds) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (For hearing on 9/27/91 in Colorado Springs, Colorado) ALL WAIVED (rh) |
| 91/10/02 | 3 | LETTER -- (additional information) Burton R. Landes (rh) |
| 91/10/03 | | ORDEWR DENYING TRANSFER -- Notified involved clerks, judges, counsel and misc. recipients (ds) |
| 91/10/10 | 4 | LETTER (Additional Information) Burton R. Landes (sg) |
| 91/10/10 | | CORRECTION ORDER -- Order Denying Transfer filed on October 3, 1991 is corrected as follows: On page 1, footnote 1, the paragraph on page 2 and the deletion of Schedule A -- Notified involved clerks, judges, counsel and misc. recipients (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 900 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Burton R. Landes Incident Aboard the USS Arthur Middleton on April 22, 1945

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: October 3, 1991

JPML FORM 1                                              LISTING OF INVOLVED ACTIONS

DOCKET NO. __900__ -- __In re Burton R. Landes Incident Aboard the USS Arthur Middleton on April 22, 1945__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burton R. Landes v. Elizabeth Hanford Dole | D.C. Harris | 91-CV-1442 | | | | |
| A-2 | Burton R. Landes v. George P. Shultz | Cal.,N. Lynch | 91-1771 | | | | |
| A-3 | Burton R. Landes v. Warren Earl Burger | Pa.,E. Reed | 90-CV-7975 | | | 9/5/91 D | |
| A-4 | Burton R. Landes v. Chadwick F. Alger | Pa.,E. Reed | 91-CV-1367 | | | 9/5/91 D | |
| A-5 | Burton R. Landes v. Caspar W. Weinberger | Pa.,E. Gawthrop | 91-CV-2613 | Case closed | | 6/18/91 D | |

```
JPML Form 4
```

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 900 -- In re Burton R. Landes Incident Aboard the USS Arthur Middleton on April 22, 1945

==================================================================

BUTON R. LANDES (A-1 Thru A-5)
Burton R. Landes, Pro Se
11 College Ave.
Trappe, PA  19426

ELIZABETH HANFORD DOLE  **(No App.**
Elizabeth Hanford Dole  **Rec'd)**
American Red Cross
17th & D Sts., N.W.
Washington, D.C.  20006

GEORGE P. SHULTZ  **(No App. Rec'd)**
George P. Shultz
Stanford University
Stanford, CA  94305

WAREEN EARL BURGER
CHADWICK F. ALGER
CASPAR W. WEINBERGER
Joan K. Garner
Assistant U.S. Attorney
Deputy Chief, Civil Div.
U.S. Attorney's Office
Suite 1300 Phila. Life Bldg.
615 Chestnut Street
Philadelphia PA  19106

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 900 -- In re Burton R. Landes Incident Aboard the USS Arthur Middleton on April 22, 1945

| Name of Party | Named as Party in Following Actions |
|---|---|
| Elizabeth Hanford Dole | A-1 |
| George P. Shultz | A-2 |
| Warren E. Burger | A-3 |
| Chadwick ALger | A-4 |
| Caspar Weinberger (Case Closed) | A-5 |
| | |
| | |
| | |
| | |
| | |