JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

## DOCKET NO. 900

OCT -3 91

PATRICIA D. HOWARD

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BURTON R. LANDES INCIDENT ABOARD THE USS ARTHUR MIDDLETON ON APRIL 22, 1945

*Burton R. Landes v. Elizabeth Hanford Dole*, D. District of Columbia, C.A. No. 91-CV-1442
*Burton R. Landes v. George P. Shultz*, N.D. California, C.A. No. 91-1771

## BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,* AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

### ORDER DENYING TRANSFER

This litigation consists of two actions, one action each pending in the Northern District of California and the District of the District of Columbia.[1] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the sole plaintiff in each action, Burton R. Landes, to centralize this litigation in one federal court for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. The defendants in the dismissed Pennsylvania actions oppose the motion.

On the basis of the papers filed,[2] the Panel finds that centralization of these actions would not promote the just and efficient conduct of this litigation.

---

*\* Judge Merhige took no part in the decision of this matter.*

[1] The motion originally before the Panel pertained to three additional actions. One action, *Burton R. Landes v. Chadwick F. Alger*, E.D. Pennsylvania, C.A. No. 91-CV-2613 was dismissed on June 18, 1991. Two other actions, *Burton R. Landes v. Warren Earl Burger*, E.D. Pennsylvania, C.A. No. 90-CV-7975 and *Burton R. Landes v. Chadwick F. Alger*, E.D. Pennsylvania, C.A. No. 91-CV-1367, were dismissed as frivolous on September 5, 1991. Accordingly, the question of transfer with respect to these three actions is moot.

[2] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

- 2 -

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for centralization in one federal court of all actions on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

John F. Nangle
Chairman

## *SCHEDULE A*

### *MDL-900 -- In re Burton R. Landes Incident Aboard the USS Arthur Middleton on April 22, 1945*

District of Columbia

Burton R. Landes v. Elizabeth Hanford Dole,
    C.A. No. 91-CV-1442

Northern District of California

Burton R. Landes v. George P. Shulz,
    C.A. No. 91-1771